UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA        :

        v.                           :

ERIC MALLEY,                    :         21 Cr. ___215

        Defendant.              :

------------------------------X

        The above-named defendant, who is accused of violating Title 15, United States Code, Sections 78j(b) & 78ff; Title 17, Code of Federal Regulations, Section 240.10b-5; and Title 18, United States Code, Sections 1343 & 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                                     ERIC MALLEY
                                                                   Defendant

                                                                   Witness

                                                                   KERRY LAWRENCE, ESQ.
                                                                  Counsel for Defendant

Date:  New York, New York
        March 26, 2021