USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/16/2021

# CALHOUN & LAWRENCE, LLP
## ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III\*

KERRY A. LAWRENCE\*\*

\*ALSO ADMITTED IN VA & DC

\*\*ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

April 16, 2021

The application is ✓ granted.
                  ___ denied.

Edgardo Ramos, U.S.D.J.
Dated: 4/16/2021
New York, New York 10007

**VIA ECF**
Honorable Edgardo Ramos
United States District Judge
United States Courthouse
Thurgood Marshall
40 Foley Square
New York, NY 10007

Re:   United States v. Eric Malley
      21 Cr. 215 (ER)

Dear Judge Ramos:

I am writing to seek permission for Eric Malley to travel from his home in Connecticut to St. Louis, Missouri, from either Tuesday, April 20, 2021, through Thursday, April 22, 2021, or Wednesday, April 21, 2021, through Friday, April 23, 2021, to accompany his daughter to visit Washington University. Mr. Malley is still awaiting a schedule from the University. If approved, Mr. Malley will notify his Pretrial Service Officer of the travel itinerary.

Mr. Malley is a single parent and his daughter has been accepted to Washington University and is scheduled to visit the school as an admitted senior. Mr. Malley's Pretrial Service Officer, Elizabeth Ogilvie, has approved to request to travel. Assistant United States Attorney Elizabeth Hanft takes no position on the request.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

Kerry A. Lawrence

Kerry A. Lawrence

KAL/kvm
cc:   AUSA Elizabeth Hanft (via ecf and e-mail)