UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– v. –

ERIC MALLEY,

                Defendant.

**ORDER**

21 Cr. 215 (ER)

Ramos, D.J.:

      A change of plea hearing will be held on May 20, 2021 at 4pm, in Courtroom 619, 40 Centre Street, New York, NY 10007.

It is SO ORDERED.

Dated:   May 4, 2021
           New York, New York

_____
Edgardo Ramos, U.S.D.J.