CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**
REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900
FAX (914) 946-5906

June 2, 2021

**MEMO ENDORSED**

The application is  X  granted
             ___ denied

*[signature]*

Edgardo Ramos, U.S.D.J
Dated: 6/3/2021
New York, New York

**VIA ECF**
Honorable Edgardo Ramos
United States District Judge
United States Courthouse
Thurgood Marshall
40 Foley Square
New York, NY 10007

Re: United States v. Eric Malley
21 Cr. 215 (ER)

Dear Judge Ramos:

I am writing to seek permission for Eric Malley to travel from his home in Connecticut to northern New Hampshire from June 11-13 to bring his teenage daughter to her position as a camp counselor for her final summer before starting college this Fall. If approved, Mr. Malley will notify his Pretrial Service Officer of the travel itinerary including where Mr. Malley and his daughter will be staying. Mr. Malley's Pretrial Service Officer, Elizabeth Ogilvie, has approved and supports the request to travel. Assistant United States Attorney Elizabeth Hanft takes no position on the request. Mr. Malley has remained compliant with his conditions of release on bail.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*Kerry A. Lawrence*

Kerry A. Lawrence

cc: AUSA Elizabeth Hanft (via ecf and e-mail)