UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   - v. -<br><br>ERIC MALLEY,<br><br>                              Defendant. | ORDER<br><br>21 Cr. 215 (ER) |

Ramos, D.J.:

On June 4, 2021, the Court received a letter by e-mail from forty-five victims opposing Mr. Malley's application for a temporary bail modification and requesting that the letter along with a letter dated April 19, 2021, be filed on the public docket. Upon the request of the victims, the June 4 letter is hereby WITHDRAWN.

The Clerk of the Court is respectfully directed to delete the letter, doc. 26, from the docket.

It is SO ORDERED.

Dated:  New York, New York
        June 9, 2021

_____
EDGARDO RAMOS, U.S.D.J.