LAW OFFICE OF KERRY LAWRENCE, PLLC
140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone:  (914) 946-5900
Email:  kerry@kerrylawrencelaw.com

Admitted in NY & CT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  10/21/2021

**MEMO ENDORSED**

October 19, 2021

> The sentencing is adjourned to December 2, 2021 at 10 a.m.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  10/21/2021
> New York, New York

Via ECF
Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *USA v. Eric Malley*
21-Cr-215 (ER)

Dear Judge Ramos:

I am writing, with the consent of the Government, to request that Mr. Malley's sentencing, presently scheduled for November 10, be adjourned to December 2.

The request is being made to permit counsel to complete the preparation of a sentencing memorandum which will hopefully assist the Court in determining an appropriate sentence in this case.

If this application is granted we don't intend to seek any further adjournments of sentencing.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Kerry A. Lawrence

cc: AUSA Elizabeth Hanft (via ECF and email)