UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                        Plaintiff,

– against –

ERIC MALLEY,

                       Defendant.

**ORDER**

21 Cr. 215 (ER)

RAMOS, D.J.:

    Defendant Eric Malley is directed to respond to the Government's Motion for Forfeiture of Property (Doc. 49) no later than February 23, 2022.

    It is SO ORDERED.

Dated:   February 16, 2022
              New York, New York

                                                EDGARDO RAMOS, U.S.D.J.