USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 2/17/2022

# LAW OFFICE OF KERRY LAWRENCE, PLLC

140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

## MEMO ENDORSED

February 16, 2022

> Malley's time to respond to the motion for forfeiture is extended to March 16, 2022.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 2/17/2022
> New York, New York

**VIA ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Eric Malley*, 21 Cr. 215 (ER)

Dear Judge Ramos,

    I represented Mr. Malley in the above-referenced action through his sentencing on December 2, 2021. I do not represent Mr. Malley in connection with post judgment matters. I am writing with respect to the Motion for Forfeiture of Property filed by the government on February 15, 2022 (Doc. 49), and this Court's February 16, 2022, Order directing Mr. Malley to file his response to the government's motion no later than February 23, 2022 (Doc. 50).

    I have mailed a copy of the government's motion and this Court's Order to Mr. Malley at the Minimum-Security Satellite Camp at Lewisburg, PA, where he is presently serving a 60-month sentence. It is my understanding that Mr. Malley's partner may have an interest in the subject property. It may be that Mr. Malley also has claims to avoid forfeiture of his interest in his primary residence. I believe Mr. Malley would wish to seek the advice of new counsel prior to responding to the government's motion. I therefore respectfully request that Your Honor afford Mr. Malley additional time to file his response before entering a final Order in this matter.

Respectfully submitted,

Kerry A. Lawrence

cc: AUSA Elizabeth Hanft (via email)
    Eric Malley