```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                  DOC #_____
SOUTHERN DISTRICT OF NEW YORK                 DATE FILED:  5/9/2022
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :         AMENDED ORDER OF
                                    :            RESTITUTION
                                    :
            -v.-                    :         21 Cr. 215 (ER)
                                    :
ERIC MALLEY,                        :
                                    :
            Defendant.              :
                                    :
----------------------------------- X
```

Upon the application of the United States of America, by its attorney, DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, Elizabeth Hanft, Assistant United States Attorney, of counsel; the presentence report; the conviction of ERIC MALLEY, the Defendant, on Count One of the above-referenced Information; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** ERIC MALLEY, the Defendant, shall pay restitution in the total amount of $33,249,822.44 to the victims of the offense charged in Count One. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims filed under seal on December 1, 2021. The defendant shall make the restitution payments to the Clerk of Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY, 10007, in

order that the Clerk of Court may forward the payments to the victims, and in the amounts, set forth in the Schedule attached hereto.  Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

    2. **Sealing.**  Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated:   New York, New York
        May 9 , 2022

                              _____
                              HONORABLE EDGARDO RAMOS
                              UNITED STATES DISTRICT JUDGE