LAW OFFICE OF KERRY LAWRENCE, PLLC
140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  5/17/2022
```

**MEMO ENDORSED**

May 5, 2022

> Mr. Malley's passport may be returned to his son, Cooper James Malley.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __5/17/2022__
> New York, New York

Via ECF
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:  *USA v. Eric Malley*
          21-Cr-215 (ER)

Dear Judge Ramos:

    On December 2, 2021 Eric Malley was sentenced by Your Honor. I am writing, at Mr. Malley's request, for your permission to have his passport, which is currently being held by Pretrial Services, returned to him.

    Thank you for the Court's consideration of this request.

                                                              Respectfully submitted,

                                                              Kerry A. Lawrence

cc:  all counsel via ECF