```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
    UNITED STATES OF AMERICA         :
                                     :   21 Cr. 215 (ER)
           -v.-                      :
                                     :   EX PARTE
    ERIC MALLEY,                     :
                                     :
                 Defendant.          :
                                     :
--------------------------------- --- X
```

## WRIT OF ENTRY AND PROTECTIVE RESTRAINING ORDER

**TO THE UNITED STATES MARSHAL, DEPUTIES, AND AGENTS:**

Upon the application of the United States, pursuant 21 U.S.C. § 853(e) and (g) and Fed. R. Crim. P. 32.2(b)(3), the Court issues this Writ of Entry and Protective Restraining Order to enforce the Preliminary Order of Forfeiture as to so Substitute Assets entered against Defendant, ERIC MALLEY, on July 18, 2022 by securing the following property:

> 119 Proprietors Crossing, New Canaan, Connecticut 06840 recorded as Block 140 Lot 67, in Fairfield County, City of New Canaan, State of Connecticut;

("the Subject Property").

YOU ARE HEREBY AUTHORIZED, along with so many of your designees as may be required to secure and/or seize the Subject Property, to enter onto and/or into the premises of certain real property located at 119 Proprietors Crossing, New Canaan, Connecticut 06840 recorded as Block 140 Lot 67, in Fairfield County, City of New Canaan, State of Connecticut, including any building, residence, garages, sheds, or other structures ("the Premises"), to search for and seize the Subject Property and to maintain exclusive possession of the Premises until the seizure of the Subject Property has been completed.  You are further authorized to use reasonable

force, if necessary, to enter the Premises and secure or seize the Subject Property. You are authorized to use a locksmith, if necessary, to open any doors, containers, or compartments that may conceal the Subject Property from plain view upon visual inspection. You, and so many of your designees as may be required, are further authorized to enter the Premises on one or more occasions as needed to conduct inspections and/or appraisals, and to be accompanied on each such occasion by any federal, state, and local law enforcement officers to ensure the safety of personnel acting under this Writ and Protective Restraining Order. YOU SHALL MAKE RETURN of this writ detailing the items of property secured and/or seized.

**TO ALL OWNERS AND OCCUPANTS of the real property located at 119 Proprietors Crossing, New Canaan, Connecticut 06840 recorded as Block 140 Lot 67, in Fairfield County, City of New Canaan, State of Connecticut:**

YOU ARE HEREBY ENJOINED from interfering with the United States Marshals Service or its designees when they are on the Premises or in any of their actions to inspect, inventory, secure and/or seize the Subject Property. You and your agents, servants, employees, attorneys, and/or any person or entity in concert or participation with you, are hereby restrained from attempting or completing any action that would affect the availability, marketability, or value of the property, including but not limited to selling, assigning, pledging, distributing, encumbering, wasting, secreting, depreciating, damaging, or in any way diminishing the value of the Subject Property without prior approval of this Court and upon notice to the United States and an opportunity for the United States to be heard. You are to present a copy of this Protective Restraining Order to any person or entity who is using or is authorized to use the Premises and/or the Subject Property. You may be held criminally liable pursuant to Title 18, United States Code,

Section 2232 for any interference with the Subject Property or failure to comply with the terms of this Writ and Protective Restraining Order.

Dated: New York, New York
      February 3, 2023

SO ORDERED:

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE