UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>ERIC MALLEY,<br><br>Defendant. | **ORDER**<br><br>21-cr-215 (ER) |

Ramos, D.J.:

      The C.J.A. attorney assigned to receive cases on this day, Calvin Scholar, is hereby

ordered to assume representation of the defendant in the above captioned matter.

SO ORDERED.

Dated:  New York, New York
         February 29, 2024

_____
    Edgardo Ramos, U.S.D.J.