

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

# MEMO ENDORSED

March 22, 2024

Judge Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

RE:   *United States v. Malley*
       21 CR 215 (ER)

> The parties' request for an extension of time for Malley to file his reply, until June 10, 2024, is granted. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 3/25/24
> New York, New York

Dear Judge Ramos:

    I represent the defendant, Eric Malley, in the above referenced matter having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. The purpose of this letter is to respectfully request a 60-day adjournment of the due date to file a reply to the motion for a sentence reduction. Counsel is scheduled for a homicide trial in the Supreme Court Bronx County in April and a second homicide trial in May. An adjournment of 60 days will provide sufficient time for counsel to review the docket and relevant motions, to meet with the client to discuss the case and to prepare a reply.

    This is counsel's first request for an adjournment of the due date and the Government consents to this request. Accordingly, it is respectfully requested that the Court adjourn the due date for the reply to the motion for a sentence reduction for 60 days, to the week of June 10, 2024, or a date that is convenient to the Court. The Court' time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/s/

Calvin H. Scholar

cc:    All counsel (*via ECF*)